IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLACKBIRD TECH LLC d/b/a<br>BLACKBIRD TECHNOLOGIES,<br><br>        Plaintiff,<br><br>    v.<br><br>FITBIT, INC.<br><br>        Defendant. | C.A. No. 16-CV-683-GMS<br>LEAD CASE |
| BLACKBIRD TECH LLC d/b/a<br>BLACKBIRD TECHNOLOGIES,<br><br>        Plaintiff,<br><br>    v.<br><br>GARMIN INTERNATIONAL, INC. and<br>GARMIN USA, INC.,<br><br>        Defendants. | C.A. No. 16-CV-689-GMS<br>CONSOLIDATED |

**ORDER**

WHEREAS, on May 5, 2017, Defendant Garmin International Inc., Garmin USA, Inc. ("Garmin") filed a Motion to Stay Pending *Inter Partes* Review (D.I. 58),

WHEREAS, on September 29, 2017 Garmin's petition for *inter partes* review was instituted on all asserted claims,

WHEREAS, having considered the parties' positions as set forth in their papers, as well as the applicable law;

IT IS HEREBY ORDERED THAT Garmin's Motion to Stay Pending *Inter Partes* Review (D.I. 58) is **GRANTED**.

Dated: October 27, 2017

_____
UNITED STATES DISTRICT COURT